**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-2487**

———————

SCOTT M. DAVIS,

Plaintiff - Appellant,

versus

TOM DEVORE, a/k/a Anothy Joyave,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore.   J.  Frederick Motz, District Judge. (CA-04-3566-1)

———————

Submitted:  March 24, 2005          Decided:  March 29, 2005

———————

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Scott M. Davis, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Scott M. Davis appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Davis v. Devore</u>, No. CA-04-3566-1 (D. Md. Nov. 17, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>